1 David Mara, Esq. (230498)
Jamie Serb, Esq. (289601)
2 Tony Roberts, Esq. (315595)
3 **MARA LAW FIRM PC**
2650 Camino Del Rio North Suite 205
4 San Diego, California 92108
5 Telephone: (619) 234-2833
Facsimile: (619) 234-4048
6
7 Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JR SOLORZANO, on behalf of himself, all others similarly situated, and on behalf of the general public<br><br>Plaintiffs,<br><br>v.<br><br>HERITAGE ONE DOOR AND CARPENTRY, LLC; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:18-cv-02080-MCE-AC<br><br>Hon. Morrison C. England, Jr.<br><br>**ORDER GRANTING RELIEF FROM THE INITIAL SCHEDULING ORDER**<br><br>**Complaint Filed: June 8, 2018**<br>**Removal Date: July 30, 2018**<br>**Trial Date: None Set** |

ORDER

1

Good cause having been shown, Plaintiff's ex parte application is GRANTED and the Court's Initial Pretrial Scheduling Order (ECF No. 2) is modified as follows: All discovery, with the exception of expert discovery, shall be completed no later than thirty (30) days following the date this Order is electronically filed. All other deadlines shall be calculated based on this modified date. That said, both sides are admonished that this Court is severely burdened by a lack of resources, and it does not look kindly on petty disputes counsel should be able to resolve between themselves. Going forward, the Court expects counsel will be able to navigate these kinds of fundamental issues relative to litigating this case without judicial intervention.

    IT IS SO ORDERED.

**Dated: August 9, 2019**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE