ROGERS JOSEPH O'DONNELL
Dennis C. Huie (State Bar No. 184377)
dhuie@rjo.com
Sharon Ongerth Rossi (State Bar No. 232725)
srossi@rjo.com
Emily A. Wieser (State Bar No. 311315)
ewieser@rjo.com
311 California Street, 10th Floor
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

Attorneys for Defendant
HERITAGE ONE DOOR AND
CARPENTRY, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JR SOLORZANO, on behalf of himself, all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>HERITAGE ONE DOOR AND CARPENTRY, LLC; and DOES 1-100,<br><br>Defendants. | Case No.: 2:18-cv-02080-MCE-AC<br><br>[Removed from Sacramento County Superior Court, Case No. 34-2018-00234479]<br><br>**ORDER; REQUEST TO WITHDRAW DEFENDANT'S RULE 23 MOTION TO DENY CLASS CERTIFICATION**<br><br>Action Filed: June 8, 2018<br>Date of Removal: July 30, 2018 |

# **ORDER**

UPON CONSIDERATION of Defendant Heritage One Door and Carpentry, LLC's Request to Withdraw Defendant's Motion to Deny Class Certification, and for good cause shown, it is hereby ORDERED that Defendant's request is GRANTED.

The hearing date on Defendant's Motion to Deny Class Certification is hereby vacated. Defendant's Motion to Deny Class Certification shall be deemed withdrawn without prejudice.

IT IS SO ORDERED.

Dated: August 28, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Page 1

Defendant Heritage One Door and Carpentry, LLC's Memorandum of Points and Authorities ISO Motion to Deny Class Certification- Case No. 2:18-cv-02080-MCE-AC

498891.1