David Mara, Esq. (230498)
Jamie Serb, Esq. (289601)
Tony Roberts, Esq. (315595)
**MARA LAW FIRM PC**
2650 Camino Del Rio North Suite 205
San Diego, California 92108
Telephone: (619) 234-2833
Facsimile: (619) 234-4048

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JR SOLORZANO, on behalf of himself, all others similarly situated, and on behalf of the general public<br><br>Plaintiffs,<br><br>v.<br><br>HERITAGE ONE DOOR AND CARPENTRY, LLC; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:18-cv-02080-MCE-AC<br><br>Hon. Morrison C. England, Jr.<br><br>**ORDER GRANTING TEMPORARY STAY OF PROCEEDINGS AND EXTENDING DISPOSITIVE MOTION DEADLINE**<br><br><br>**Complaint Filed: June 8, 2018**<br>**Removal Date: July 30, 2018**<br>**Trial Date: None Set** |

# ORDER

Good cause having been shown, Plaintiff's *Ex Parte* Applications (ECF Nos. 21 and 24) are GRANTED and this action is stayed in its entirety except with respect to the resolution of Mara Law Firm, PC's Motion to Withdraw as Attorney (ECF No. 20). Accordingly, Defendant's Renewed Rule 23 Motion (ECF No. 22) is DENIED without prejudice to renewal when the stay is lifted. The stay shall be automatically lifted when an order is electronically filed disposing of Mara Law Firm's Motion, and all dispositive motions shall be filed not later than ninety (90) days from that same date.

IS IT SO ORDERED.

Dated: March 16, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE