UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JR SOLORZANO, | No. 2:18-cv-02080 MCE AC PS |
| Plaintiff, | |
| v. | ORDER |
| HERITAGE ONE DOOR AND CARPENTRY, LLC, et al., | |
| Defendants. | |

Plaintiff is proceeding in this action pro se following counsel's withdrawal. ECF No. 27. On June 9, 2020, defendant filed a motion to dismiss set to be heard on July 8, 2020. ECF No. 29. The matter was ordered to be heard on the papers. ECF No. 31. Plaintiff's opposition was due June 24, 2020. That deadline has now passed, and plaintiff has not filed the anticipated opposition. The court notes that this case was previously stayed, but that stay was lifted as of May 5, 2020, upon the entry of an order on plaintiff's former counsel's motion to withdraw. ECF Nos. 26, 27.

Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, within 14 days, why his failure to file an opposition should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of an opposition or statement of non-opposition within this timeframe will serve as cause and will discharge this

order.  If plaintiff fails to respond, the court will recommend dismissal of his case pursuant to Local Civil Rule 110.

DATED: June 25, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE